## 49950. UNITED FAMILY LIFE INSURANCE COMPANY v. DeKALB COUNTY.

EVANS, Judge.

In *United Family Life Ins. Co. v. DeKalb County,* 134 Ga. App. 1 (213 SE2d 123), this court remanded the case for a determination as to whether any funds involved have been or will be paid or reimbursed by the Federal

Government. But in *DeKalb County v. United Family Life Ins. Co.*, 235 Ga. 417, the Supreme Court of Georgia on certiorari reversed, holding that no element of damage was created by the Georgia Land Acquisition Act (see Code Ann. § 99-3710), and this court was in error in remanding the case for such a determination. The judgment of the Supreme Court is therefore now made the judgment of this court, and accordingly, the judgment is affirmed.

*Judgment affirmed. Pannell, P. J., and Webb, J., concur.*

ARGUED NOVEMBER 6, 1974 — DECIDED DECEMBER 2, 1975.

*Heyman & Sizemore, William H. Major, William B. Brown, Benjamin H. Oehlert, III*, for appellant.

*Harvey, Willard & Elliott, Wendell K. Willard, Huie, Brown & Ide, Charles N. Pursley, Jr., Tom Watson Brown*, for appellee.